1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR S 01-493 GEB |
|---|---|---|
| Plaintiff, | ) | APPLICATION AND ORDER FOR EXONERATION OF BOND AND RECONVEYANCE OF DEED OF TRUST |
| v. | ) | |
| BRADFORD LEE SCHNEIDER, | ) | |
| Defendant. | ) | |

   Plaintiff United States of America hereby applies for an order: (1) exonerating the Appearance Bond filed on December 21, 2001, for defendant Bradford Lee Schneider in the above-entitled action; and (2) reconveying the Deed of Trust submitted to secure the Appearance Bond and received by the Clerk of the Court on January 9, 2002, to the United States pursuant to the Final Order of Forfeiture, for the following reasons:

   1.  An Appearance Bond for Bradford Lee Schneider, secured by real property located at 2656 Neal Road, Paradise, California, Assessor's Parcel Number 041-090-013-000, was filed with this Court on December 21, 2001.

   2.  On January 9, 2002, the Clerk of the Court for the Eastern

1

1  District of California received the Deed of Trust for the real
2  property located at 2656 Neal Road, Paradise, California, securing
3  $90,000.00 of the Appearance Bond.
4       3.   On August 27, 2004, this Court sentenced Schneider to,
5  <u>inter alia</u>, 66 months incarceration.  Schneider is currently
6  serving his sentence, and his Appearance Bond is no longer
7  necessary and may be exonerated.
8       4.   On April 19, 2005, a Final Order of Forfeiture was
9  entered forfeiting to the United States, all right, title and
10 interest in the real property located at 2656 Neal Road, Paradise,
11 California.  All right, title and interest in the real property
12 vested solely in the name of the United States.
13      THEREFORE, the United States respectfully requests an Order
14 that:
15      1.   The Appearance Bond secured by real property at 2656 Neal
16 Road, Paradise, California, be exonerated.
17      2.   The Clerk of the Court for the Eastern District of
18 California reconvey the Deed of Trust received on January 9, 2002,
19 to the United States for forfeiture pursuant to the Final Order of
20 Forfeiture entered on April 19, 2005.  Said reconveyance of the
21 Deed of Trust shall be executed and forwarded to the United States
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

Marshals Service for the Eastern District of California, attention: Ms. Nancy Bloor.

DATED: September 20, 2005            McGREGOR W. SCOTT
                                     United States Attorney


                                     By:    /s/ Samuel Wong
                                         SAMUEL WONG
                                         Assistant U.S. Attorney



**ORDER**

    IT IS SO ORDERED.

Dated: September 21, 2005

                                     /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge