DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRADFORD SCHNEIDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:01-cr-0493 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE EXONERATION AND RETURN OF CASH BOND** |
| BRADFORD SCHNEIDER, | |
| Defendant. | Judge:  Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Bradford Lee Schneider, that the $10,000 cash bond posted by Rick Thompson to secure Mr. Schneider's pretrial release may be ordered exonerated and that the Clerk of the Court be directed to return the bond to Mr. Thompson.

On September 22, 2005, the Court granted plaintiff's Application and Order for Exoneration of Bond, which enabled the government to complete its forfeiture of Mr. Schneider's real property, which had been posted in addition to a $10,000 cash bond to secure his pretrial release.  However,

when Mr. Thompson recently contacted the Clerk of the Court to seek return of the $10,000 cash bond, the Clerk's office advised him that a separate order was required in order to return the bond to him. Defendant Schneider has completed the prison sentence imposed by the Court and agrees that the cash bond should be returned to Mr. Thompson.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   June 19, 2008                /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for BRADFORD SCHNEIDER


                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated:   June 19, 2008                /s/ S. Wong
                                      SAMUEL WONG
                                      Assistant U.S. Attorney


**O R D E R**

The cash bond posted by Rick Thompson is hereby exonerated and the Clerk shall return the $10,000.00 bond to Mr. Thompson forthwith.

IT IS SO ORDERED.

Dated:   June 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. & Order re bond              -2-