```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRADFORD SCHNEIDER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:01-CR-0493 GEB |
| Plaintiff, | |
| v. | **ORDER TERMINATING SUPERVISED RELEASE** (Proposed) |
| BRADFORD SCHNEIDER, | |
| Defendant. | Judge: Hon. Garland Burrell, Jr. |

On July 9, 2010, the Court heard argument on Mr. Schneider's motion for early termination of supervised release. For reasons stated on the record, the Court granted the motion. Pursuant to 18 U.S.C. § 3583, supervised release was terminated and Mr. Schneider discharged on July 9, 2010.

IT IS SO ORDERED.

Dated: July 15, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28