DANIEL J. BRODERICK, BAR #89424
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRADFORD SCHNEIDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:01-CR-00493 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE RETURN OF PASSPORT** |
| BRADFORD SCHNEIDER, | |
| Defendant. | Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED AND AGREED between defendant, Bradford Schneider, and plaintiff, United States of America, by and through their attorneys, that the Clerk of the Court shall release Mr. Schneider's passport, which was posted as a condition of pretrial release on December 21, 2001 (docket item 3), to the Office of the Federal Defender, Atten: T. Zindel, so that it may be returned to Mr. Schneider.

Mr. Schneider has completed all obligations to the Court.  On July 16, 2010, the Court issued an order terminating his supervised release term.  However, the Clerk has advised undersigned counsel

that it cannot return Mr. Schneider's passport without a formal order.  The parties agree that such an order should be issued.

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  December 2, 2010      /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for BRADFORD SCHNEIDER


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  December 2, 2010      /s/ T. Zindel for S. Wong
                                        SAMUEL WONG
                                        Assistant U.S. Attorney


## **O R D E R**

    The Clerk shall forthwith release Bradford Schneider's passport to the Office of the Federal Defender, Atten: T. Zindel, so that it may be returned to him forthwith.

    IT IS SO ORDERED.

Dated:  December 10, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2